

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

BARBARA ANN DOMINEY,
Individually, and as Trustee of the
DOMINEY EXEMPT BYPASS
TRUST, THE DOMINEY NON-EXEMPT
BYPASS TRUST, THE DOMINEY 2012
IRREVOCABLE TRUST f/b/o ELENA
MARQUARITA DOMINEY
LANGSTON, TERESA EDDINGER, and
ALLISON ALLEN, Co-Trustees of the
DOMINEY INSURANCE TRUSTS OF
1993, and ESTATE OF SAMUEL
DOMINEY JR.,

§
§
§
§
§
§
§
§

Appellants,

§

vs.

§
§

ELENA MARQUARITA DOMINEY
LANGSTON, FLORENCE OLIVIA
DOMINEY CAMPBELL, and
MATTHEW DAVID DOMINEY,
Beneficiaries of
THE DOMINEY 2012 IRREVOCABLE
TRUST, THE DOMINEY EXEMPT
BYPASS TRUST, THE DOMINEY NON-
EXEMPT BYPASS TRUST, and the
DOMINEY INSURANCE TRUSTS OF
1993,

§
§
§
§
§
§

Appellees.

§

No. 08-21-00187-CV

Appeal from the

278th Judicial District Court

of Walker County, Texas

(TC# 2130121)

# J U D G M E N T

The Court has considered Appellant's motion to dismiss the appeal and concludes the motion should be granted, and the appeal should be dismissed. We therefore grant the motion and dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.